# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Spokane

**USA v. KENNETH RANKIN GAZZAWAY, II**      Case No.  **2:22-CR-0025-SMJ-1**

Defendant consented to appear by video conference

## Arraignment on Indictment:                        02/16/2022

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Richard Barker, US Atty |
| ☒ | Patrick J. Dennis, US Probation / Pretrial Services Officer | ☒ | Mark Vovos, Defense Atty |
| ☒ | Defendant present ☒ in custody USM (VTC/SCJ) | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☒ | Rights given | ☒ | Defendant continued detained |
| ☒ | Acknowledgment of Rights filed | ☐ | Conditions of release as previously imposed |
| ☒ | Defendant received copy of Indictment | | |
| ☒ | Defendant waived reading of Indictment | | |
| ☐ | Indictment read in open court | | |

## REMARKS

     Defendant appeared, in custody, with counsel and acknowledged to the Court that his true and correct name is KENNETH RANKIN GAZZAWAY, II. Defendant appeared by video conference from Spokane County Jail.

     Defendant was advised of his rights and the allegations contained in the Indictment.
     "Not guilty" plea entered.
     Discovery to be provided pursuant to the local rule on discovery.

     Counsel has been appointed to represent Defendant and that appointment shall continue.

     Detention previously addressed and issue does not need to be revisited at this time.

**The Court ordered:**
1. Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order (Government has standing objection to language as overbroad).
2. Matters involving detention have been previously heard and determined. Issue of detention not before the Court. Pre-existing Order of Detention will remain in full force.
3. Defendant shall be detained by the U. S. Marshal until further order of the Court.