PROB 12C
(6/16)

Report Date: November 20, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenneth Rankin Gazzaway     Case Number: 0980 2:22CR00025-TOR-1

Address of Offender: ████████████, Newport, Washington 99156

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 14, 2023

| | |
|---|---|
| Original Offense: | Possession of a Firearm with Obliterated Serial Number, 18 U.S.C. §§ 922(k), 924(a)(1)(B) |
| Original Sentence: | Prison - 24 months; TSR - 36 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| Date Supervision Commenced: | October 31, 2023 |
| Defense Attorney: | Federal Public Defender |
| Date Supervision Expires: | October 30, 2026 |

### PETITIONING THE COURT

**To issue a WARRANT.**

The conditions of supervision were reviewed with Mr. Gazzaway on November 8, 2023. He signed his judgment acknowledging his understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: It is alleged Mr. Gazzaway is in violation of his conditions of supervised release by failing to attend his substance abuse assessment as instructed on November 17, 2023.

On November 9, 2023, staff at Alcohol Drug Education Prevention and Treatment (ADEPT) contacted the undersigned officer. They stated Mr. Gazzaway was at their office and scheduled his substance abuse assessment for November 17, 2023. On November 17, 2023, staff at ADEPT advised that Mr. Gazzaway was a no call/no show for his substance abuse assessment.

Prob12C
Re: Gazzaway, Kenneth Rankin
November 20, 2023
Page 2

2   **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mr. Gazzaway is in violation of his conditions of supervised release by using methamphetamine on or around November 8, 2023.

On November 8, 2023, Mr. Gazzaway reported to the U.S. Probation Office for his supervision intake. A urinalysis test was collected, which was positive for methamphetamine and confirmed by the laboratory.

3   **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mr. Gazzaway is in violation of his conditions of supervised release by failing to appear for random urinalysis testing on November 13, 2023.

On November 13, 2023, Mr. Gazzaway's assigned color for random urinalysis testing at ADEPT was called. He failed to appear as directed.

The U.S. Probation Office respectfully recommends the Court **issue a WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 20, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Thomas O. Rice
United States District Judge

November 20, 2023
Date